## (January 23, 1959)

■ JESSE WALTERS et al., Respondents, v. JAMES GEHERAN, Defendant, and HENRY L. HUELIN et al., Appellants.— In an action to recover damages for injuries to person and property and for medical expenses and loss of services, the appeal is from an order granting a preference (Rules Civ. Prac., rule 151, subd. 3). Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

## (January 26, 1959)

■ MICHAEL P. GRACE, II, Individually and as a Trustee under the Will of JANET GRACE, Deceased, Appellant, v. DEEPDALE, INC., et al., Defendants, and REAL PROPERTY OWNERS, INC., Respondent. CORINNE GRACE, as Guardian ad Litem for MICHAEL P. GRACE, JR., an Infant, Plaintiff, v. JOSEPH P. GRACE, JR., et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ NICHOLAS P. GREGORY et al., Respondents, v. JAMES SAKIANOS et al., Defendants, and PETER CHAKONAS, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ JEROME S. ISAACS, Respondent, v. PAN AMERICAN TRADING COMPANY et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ.

■ In the Matter of the Judicial Inquiry Pursuant to the Order of the Appellate Division of the Supreme Court of the State of New York for the Second Judicial Department. ANONYMOUS (No. 14), Petitioner; GEORGE A. ARKWRIGHT, as a Justice of the Supreme Court of the State of New York, et al., Respondents.— Motion for reargument of motion decided December 8, 1958, denying a motion to vacate, quash and set aside a subpoena duces tecum, or, in the alternative, for leave to appeal to the Court of Appeals, and for a stay. Motion denied, without costs. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ ALFRED L. SHAPIRO, Respondent, v. HEALTH INSURANCE PLAN OF GREATER NEW YORK et al., Appellants.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of the Special Term properly made? Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ PHYLLIS F. BALLIN, Respondent, v. EDWARD H. BALLIN, Appellant.— On the stipulation of the parties, appeal from order entered January 16, 1958, granting an additional counsel fee, and from an order entered January 16, 1958, which on reargument adhered to the original decision, withdrawn, without costs. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ GUSTAW BIRMAN, Respondent, v. BELLA BIRMAN, Appellant.— In an action to annul a marriage on the ground of fraud, the appeal is from an order denying a motion to strike out portions of the complaint pursuant to rule 103 of the Rules of Civil Practice. Order affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.